AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| City of Roanoke, Virginia, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-00559 |
| Eli Lilly and Company, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, City of Roanoke, Virignia and Roanoke City School Board                                    .

Date:     04/04/2024

/s/ Mark P. Pifko
*Attorney's signature*

Mark Pifko (CA SBN: 228412)
*Printed name and bar number*
Baron & Budd, P.C.
15910 Ventura Blvd.
Suite 1600
Los Angeles, CA 91436

*Address*

mpifko@baronbudd.com
*E-mail address*

(818) 839-2333
*Telephone number*

(214) 523-6600
*FAX number*