AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| City of Roanoke, Virginia, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00559 |
| Eli Lilly and Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, City of Roanoke, Virignia and Roanoke City School Board.

Date: 04/04/2024

/s/ Russell W. Budd
*Attorney's signature*

Russell W. Budd (TX SBN: 03312400)
*Printed name and bar number*

Baron & Budd, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219
*Address*

rbudd@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

(214) 523-6600
*FAX number*