AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| City of Roanoke, Virginia, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-00559 |
| Eli Lilly and Company, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, City of Roanoke, Virignia and Roanoke City School Board                    .

Date:     04/04/2024

/s/ Christine C. Mansour
*Attorney's signature*

Christine C. Mansour (TX SBN: 24062869)
*Printed name and bar number*

Baron & Budd, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219

*Address*

cmansour@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

(214) 523-6600
*FAX number*