AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| City of Roanoke, Virginia, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00559 |
| Eli Lilly and Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, City of Roanoke, Virignia and Roanoke City School Board.

Date: 04/04/2024

/s/ Jules Burton LeBlanc, IV
*Attorney's signature*

Jules Burton LeBlanc, IV (LA SBN: 20491)
*Printed name and bar number*

Baron & Budd, P.C.
2600 Citiplace Drive
Suite 400
Baton Rouge, LA 70808
*Address*

bleblanc@baronbudd.com
*E-mail address*

(225) 927-5441
*Telephone number*

(214) 523-6600
*FAX number*